UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. WEISS**,<br><br>        Plaintiff,<br><br>    v.<br><br>**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.**,<br><br>        Defendants. | Case No. 15-cv-01639-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 23 |

*Pro se* plaintiff Terry Weiss moved for leave to file a second amended complaint. (Dkt. No. 23.) Defendants do not oppose the motion. (Dkt. No. 24.) Good cause shown, the motion is **GRANTED**. Plaintiff shall file her second amended complaint by no later than **December 15, 2015**. Defendants' responses thereto are due by **January 12, 2016**.

Having found the motion appropriate for resolution without oral argument, the hearing set for January 12, 2016 is **VACATED** pursuant to Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

This Order terminates Docket Number 23.

**IT IS SO ORDERED.**

Dated: November 30, 2015

                                                                                                                                     **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**