UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TERRY L. WEISS**,

    Plaintiff,

  v.

**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.**,

    Defendants.

Case No. 15-cv-01639-YGR

**ORDER SETTING COMPLIANCE HEARING**

A settlement conference in the above-captioned case is set for April 20, 2016. (Dkt. No. 22.) A compliance hearing regarding the results of the conference shall be held on Friday, April 29, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement informing the Court of whether settlement was reached and, if not, proposing a case schedule. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 26, 2016

                                                        **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**