UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY WEISS,**<br>  Plaintiff,<br>  v.<br>**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.,**<br>  Defendants. | Case No. 15-cv-01639-YGR<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION RE: COMPLIANCE HEARING**<br>Re: Dkt. No. 32 |

Defendants' request to file their statement in advance of the April 29, 2016 compliance hearing separately from *pro se* plaintiff is **GRANTED**. As long as one side files a statement in a timely manner, the compliance hearing will be taken off calendar. Defendants' request for telephonic appearance is **DENIED**.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**