UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TERRY WEISS**,

        Plaintiff,

   v.

**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.**,

        Defendants.

Case No. 15-cv-01639-YGR

**ORDER RE: FILING FEE**

Re: Dkt. No. 29

*Pro se* plaintiff Terry Weiss need not pay the filing fee referenced in the Court's January 8, 2016 Order (Dkt. No. 29), as the fee was paid by defendants upon removal.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**