**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERRY L. WEISS,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.,**<br><br>   **Defendants.** | Case No.: 15-CV-01639-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff Terry Weiss, proceeding *pro se*, brings this action against the Santa Rosa Police Department, individuals associated with the police department individually and in their official capacity, and three Sonoma County entities herein referred to as the "County Defendants." Plaintiff filed a Second Amended Complaint against these defendants on December 12, 2015. (Dkt. No. 26, the "SAC".) On April 11, 2016, the County Defendants filed a motion to dismiss the SAC. (Dkt. No. 39.) Plaintiff's response was due on April 25, 2016, and any replies would have been due on May 2, 2016. Plaintiff has yet to file a response to the County Defendants' motion to dismiss. As a result, the Court is considering dismissing plaintiff's lawsuit for "failure to prosecute," that is, a failure to meet deadlines to keep the lawsuit moving forward.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should not dismiss the case for failure to prosecute. Not later than Friday, May 13, 2016, plaintiff must file either: (i) a response to the County Defendants' motion to dismiss; or (ii) a written response to this Order to Show Cause, indicating why the case should not be dismissed for failure to prosecute. Failure to file a written response will be deemed an admission that plaintiff does not intend to prosecute, and her case will be dismissed without prejudice.

The Court also **VACATES** the hearing on County Defendants' motion to dismiss currently set for May 17, 2016

**IT IS SO ORDERED.**

Date: May 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**