UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TERRY L. WEISS**,

    Plaintiff,

    v.

**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.**,

    Defendants.

Case No. 15-cv-01639-YGR

**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Re: Dkt. No. 62

On June 20, 2016, plaintiff Terry L. Weiss filed a Motion for Permission for Electronic Case Filing. The Court having carefully considered the motion, and in the exercise of its discretion, **GRANTS** the motion. Plaintiff is advised that the privilege of filing electronically has been granted for the purposes of filing appropriate legal documents. This privilege may be revoked at any time at the Court's discretion if abused. For more information on filing requirements, plaintiff is directed to review the Civil Local Rules for the Northern District of California, available on the Court's website at http://www.cand.uscourts.gov/localrules/civil.

This Order terminates Docket Number 62.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**