UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L WEISS**,<br>　　　　Plaintiff,<br>　　v.<br>**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.**,<br>　　　　Defendants. | Case No.  15-cv-01639-YGR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION TO FILE RESPONSE TO COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 81 |

Plaintiff Terry Weiss, proceeding *pro se*, brings this action against the Santa Rosa Police Department, individuals associated with the police department individually and in their official capacity, and certain Sonoma County entities and individuals herein referred to as the "County Defendants."[1]  Plaintiff filed a third amended complaint on September 19, 2016.  (Dkt. No. 76.)  On September 30, 2016, the County Defendants filed a motion to dismiss the claims against them.  (Dkt. No. 77.)  Plaintiff's response was due on October 14, 2016.  On October 21, 2016, County Defendants filed a Notice of No Opposition (Dkt. No. 80), and on October 24, 2016, plaintiff filed a Motion for Extension of Time to File Response to Motion to Dismiss (Dkt. No. 81), which County Defendants oppose (Dkt. No. 82).

In the interest of justice, the Court **GRANTS** plaintiff's request for an extension to file a response.  Plaintiff's response must be filed no later than **November 2, 2016**, and County Defendants shall file their reply seven days thereafter.  The Court notes, however, that plaintiff has missed several deadlines already, and the Court has previously had to issue an Order to Show

---

[1] The County Defendants specifically refer to the Sonoma County Sheriff's Office (erroneously sued as "Sonoma County Sheriff's Depart"), the County of Sonoma (erroneously sued as "Main Adult Detention Facility"), County Sheriff Steve Freitas, and County Supervisor Efren Carrillo.

1  Cause because of plaintiff's failure to meet such deadlines.  (*See* Dkt. No. 48.)  Additionally, on
2  June 24, 2016, the Court granted plaintiff's request for permission to file documents
3  electronically, which should have better facilitated her ability to meet her deadlines.  (Dkt. No.
4  69.)  Thus, the Court will not grant any further requests for extensions from plaintiff, absent a
5  compelling reason for such request.

6  The Court also **VACATES** the hearing on County Defendants' motion to dismiss, currently
7  set for November 15, 2016.

8  This Order terminates Docket Number 81.

9  **IT IS SO ORDERED.**

10  Dated: October 27, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2