UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L WEISS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ROSA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  4:15-cv-01639-YGR   (KAW)<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF TERRY L. WEISS**<br><br>Re: Dkt. No. 99 |

On March 7, 2017, Defendants filed a discovery letter seeking an order requiring Plaintiff Terry L. Weiss to attend her videographed deposition and to pay the $936.25 in expenses incurred when she failed to appear at the February 28, 2017 deposition. (Defs.' Letter, Dkt. No. 99 at 1-2.) Prior to filing the letter, Defendants emailed it to Plaintiff in an attempt to comply with the undersigned's standing order that discovery letters be jointly submitted, but Plaintiff did not respond. (Defs.' Letter at 3, Ex. C.)  To date, Plaintiff has not filed a response.

Accordingly, Plaintiff is ordered to show cause by **March 31, 2017** why she did not participate in the filing of the discovery letter.  Also by March 31, 2017, Plaintiff shall file a response to the letter to address why she did not appear at her February 28, 2017, and her positions pertaining to the relief requested.  These shall be filed as separate documents.  Plaintiff is advised that the failure to file an opposition shall constitute consent to the granting of Defendants' requested relief, including sanctions to reimburse the costs incurred due to Plaintiff's prior nonappearance. (*See* Judge Westmore's Standing Order ¶ 22.)

IT IS SO ORDERED.

Dated: March 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge