# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. WEISS,**<br>Plaintiff,<br>vs.<br>**CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.,**<br>Defendants. | CASE NO. 15-cv-01639-YGR<br><br>**ORDER REGARDING PLAINTIFF'S MEDICAL RECORDS**<br>Re: Dkt. Nos. 114, 117 |

The Court understands that defendants have acquired plaintiff's medical records, for the purpose of preparing and filing a motion regarding her competency to continue pursuit of this litigation. (Dkt. Nos. 114, 117.) The Court hereby **ORDERS** defendants to treat such documents as Protected Material, in accordance with the Protective Order entered in this case. Defendants shall not disclose or utilize plaintiff's medical records except as outlined therein and only for the limited purpose of litigating their motion regarding plaintiff's competency.

**IT IS SO ORDERED.**

Dated: August 22, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**