# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. WEISS,** | CASE NO. 15-cv-01639-YGR |
| Plaintiff, | |
| vs. | **ORDER REQUESTING FURTHER SUBMISSION** |
| **CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.,** | Re: Dkt. No. 148 |
| Defendants. | |

Given plaintiff's lack of counsel and the Court's independent duty to evaluate the case fairly, the City Defendants are **ORDERED** to file, by no later than **noon** on **Friday, November 30, 2018**, a complete copy of the transcript of Francisco Flores' April 25, 2018 deposition, including all exhibits.

**IT IS SO ORDERED.**

Dated: November 28, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**