# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY L. WEISS,** | CASE NO. 15-cv-01639-YGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| **CITY OF SANTA ROSA POLICE DEPARTMENT, ET AL.,** | Re: Dkt. Nos. 137, 145, 148 |
| Defendants. | |

Pursuant to the Court's Order filed on December 11, 2018, granting the Motion for Summary Judgment and Motion for Judgment on the Pleadings filed by the City of Santa Rosa (erroneously sued as "City of Santa Rosa Police Department"), former Chief to the Santa Rosa Police Department ("SRPD") Tom Schwedhelm, former SRPD Sergeant Andrew Romero, and Officers John Deadman, Kaiden Kemp, and Pat Gillette (together, the "City Defendants"), (Dkt. No. 176), the Court enters judgment for the City Defendants and against plaintiff Terry L. Weiss.[1]

**IT IS SO ORDERED.**

Dated: December 12, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court's previous Order granted the City Defendants' Motion for Summary Judgment as to plaintiff's 42 U.S.C. section 1983 claim against the City, Officer Deadman, and Sgt. Romero, and granted their Motion for Judgment on the Pleadings as to all remaining claims.